### (December 15, 1978)

MAURICE TISCHLER, Respondent, v JUANITA McMILLEN et al., Appellants.—Motion to dismiss appeal granted, without costs *(Matter of Bates v La Vallee,* 33 AD2d 833; 10 Carmody-Wait 2d, NY Prac, § 70:27). Cross motion for permission to appeal to this court from order of Special Term dated May 23, 1978 referred to Mr. Justice Main who makes the following decision: Motion denied, without costs. Cross motion for substitution of parties denied, without costs and without prejudice to a proper application to the Supreme Court, Ulster County. Greenblott, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. NATHANIEL SIMON, Also Known as VERNON TURNER, Petitioner, v EUGENE L. LEFEVRE, as Superintendent of Clinton Correctional Facility, et al., Respondents.—Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus, denied, on the ground that it appears petitioner is lawfully detained pursuant to the sentence imposed by the Supreme Court, New York County, on September 19, 1977 (see *Matter of Dubay v LeFevre,* 60 AD2d 263; see, also, *People ex rel. Schmidt v La Vallee,* 39 NY2d 886). Greenblott, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur.